```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Anthony Williams

       v.

United States Social Security        Civil No. 12-cv-340-SM
Administration, Commissioner

## ORDER

Re: Document No. 1, Complaint

Ruling: Plaintiff has not met his obligation to file a timely and supported motion to reverse the decision of the Commissioner. Plaintiff shall file a supported motion to reverse the Commissioner's decision, or an appropriate motion for an extension of time in which to file, failing which, the case will be dismissed for lack of prosecution.

Date:  January 15, 2013     /s/ Steven J. McAuliffe
                                        Steven J. McAuliffe
                                        United States District Judge