UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Anthony Williams

     v.                                   Civil No. 12-cv-340-SM

United States Social Security
Administration, Commissioner

ORDER

Re: Document No. 1, Complaint

Ruling: Plaintiff has not met his obligation to file a timely and supported motion to reverse the decision of the Commissioner. Plaintiff shall file a supported motion to reverse the Commissioner's decision, or an appropriate motion for an extension of time in which to file, failing which, the case will be dismissed for lack of prosecution.

Date: January 15, 2013        /s/ Steven J. McAuliffe
                                           Steven J. McAuliffe
                                           United States District Judge