UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Anthony Williams</u>

                                  v.                        Civil No. 12-cv-340-SM

<u>United States Social Security
Administration, Commissioner</u>

**ORDER**

Under the provisions of Local Rule 9.1, the plaintiff was required, within 30 days of the filing of the administrative record (which record was filed on November 13, 2012), to file, and serve on the defendant, a Motion for Order Reversing Decision of the Commissioner or for Other Relief and a supporting legal memorandum, as well as a proposed Joint Statement of Material Facts - narrative in form, containing record citations, and describing, among other things, all facts pertinent to the Commissioner's decision.  Plaintiff, who is acting pro se, failed to do so.  An order was entered on January 15, 2013, directing him to do so, and the docket entry (but not the order itself) provided that a response was due on February 1, 2013.  Plaintiff has still not filed the required pleadings, but probably was not aware that a response was expected by February 1st.  He should be given a fair opportunity to do so.  Plaintiff should review the applicable rules and law, particularly Local Rule 9.1 (available in the Clerk's office), and file the required pleadings on or before February 28, 2013, or a supported motion for other relief, like one

for a reasonable extension of time in which to file. Failure to comply will result in prompt dismissal for failure to prosecute.

   SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: February 4, 2013

cc:   Anthony Williams
      Robert Rabuck, Esq.